UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:98-CR-221-LDG |
| vs. ) | |
| EUGENE BULGARINO ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#64) on June 14, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: EXCALIBUR HOTEL AND CASINO
Amount of Restitution: $200,526.00

Name of Payee: SAHARA HOTEL AND CASINO
Amount of Restitution: $73,000.00

Name of Payee: RIO SUITE HOTEL AND CASINO
Amount of Restitution: $60,000.00

Name of Payee: INTERNATIONAL GAMING TECHNOLOGY INC
Amount of Restitution: $275,730.35

Name of Payee: LUXOR HOTEL AND CASINO
Amount of Restitution: $242,200.00

Name of Payee: CIRCUS CIRCUS HOTEL AND CASINO
Amount of Restitution: $40,000.00

**Total Amount of Restitution ordered: $891,456.35***

(*amount is Joint and Several with co-defendants Joan Bulgarino, Ronnie Gale McElveen and Dennis Sean McAndrew in 2:98cr221)

Dated this  3rd  day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

2